United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CEDRIC GREENE, "Plaintiff," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00675 |
| | § | |
| INGLEWOOD ONE STOP, "Defendant." | § | |
| | § | |

# ORDER

Before the Court is the Magistrate Judge's "Report and Recommendation to Dismiss Plaintiff's Complaint" (Dkt. No. 10) ("R&R") and Plaintiff's "Objections and Declaration in Support of Civil Case Transfer and Change of Venue" (Dkt. No. 14) ("Objections").

The R&R recommends that the Court (1) dismiss without prejudice Plaintiff's claims against Defendant for lack of venue under 28 U.S.C. § 1406(a); (2) deny as moot the "Application to Proceed in District Court without Prepaying Fees or Costs" (Dkt. No. 2) and the "Petition and Motion for Service by Unconventional Means" (Dkt. No. 8); and (3) declare Plaintiff a vexatious litigant. Dkt. No. 10 at 6. Plaintiff filed timely Objections (Dkt. No. 14), as well as a request to transfer the case to a different federal court (Dkt. No. 12) ("Motion to Transfer").

When a party objects to a magistrate judge's report and recommendation, the Court reviews the matter de novo. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After such review, the Court hereby **OVERRULES** Petitioner's Objections (Dkt. No. 14) and **ADOPTS** the R&R (Dkt. No. 10). It is therefore **ORDERED** that:

- Plaintiff's claims against Defendant (Dkt. No. 1) are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1406(a);
- Plaintiff's "Application to Proceed in District Court without Prepaying Fees or Costs" (Dkt. No. 2) and "Petition and Motion for Service by Unconventional Means" (Dkt. No. 8) are both **DENIED as moot**.

- Because the interests of justice do not justify a transfer considering Plaintiff's vexatious litigation in this Court and in other federal district courts, *see* Dkt. No. 10 at 4, Plaintiff's Motion to Transfer (Dkt. No. 12) is **DENIED**; and
- Because Plaintiff has been declared a vexatious litigant in the United States District Court for the Southern District of Texas–Brownsville Division, *Greene v. Charter Spectrum, Inc.*, No. 1:26-cv-589 (S.D. Tex. Oct. 5, 2026), he shall not file any lawsuit in this division, without first obtaining leave from the Court to file the new lawsuit. The Court further advises Plaintiff that monetary sanctions may be imposed for further vexatious litigation considered to be abusive and harassing in nature.

The Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this October 15, 2026

Rolando Olvera
United States District Judge